# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **8:07CR288** |
| vs. | ) | |
| | ) | **ORDER** |
| **EDWARD J. O'NEILL,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on the defendant's Motion to Continue Trial [28]. The defendant requests a 60-day continuance for the reason that "plea negotiations are ongoing" and did not submit with the motion an affidavit regarding speedy trial.

The court finds that the defendant has not shown good cause for a continuance.

IT THEREFORE IS ORDERED that the Motion to Continue Trial [28] is denied. Pursuant to NECrimR 57.2, a party may appeal this order by filing an "Appeal of Magistrate Judge's Order" within ten (10) business days.

**DATED January 3, 2008.**

                                            **BY THE COURT:**

                                            **s/ F.A. Gossett**
                                            **United States Magistrate Judge**